IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL HASTINGS                                                                                  PLAINTIFF

v.                                          NO. 2:12CV00095 JMM

BOBBY MAY, JOHNNIE JONES,                                                              DEFENDANTS
GENE WINGO, and OTIS SMITH

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for summary judgment filed by defendants Bobby May, Johnnie Jones, Gene Wingo, and Otis Smith is granted. See Document 75. The complaint filed by plaintiff Michael Hastings is dismissed. Judgment will be entered for the defendants.

IT IS SO ORDERED this 18th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE