# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

MICHAEL HASTINGS                                                                          PLAINTIFF

v.                                          NO. 2:12CV00095 JMM

BOBBY MAY, JOHNNIE JONES,                                                      DEFENDANTS
GENE WINGO, and OTIS SMITH

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for all of the defendants.

IT IS SO ORDERED this 18th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE